UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIAM SANDS,
     Plaintiff,

vs.                                   Case No.: 3:20cv5931/LAC/EMT

SANTA ROSA CORRECTIONAL
INSTITUTION,
     Defendant.
_____/

## REPORT AND RECOMMENDATION

On December 1, 2020, the court entered an order directing Plaintiff to either pay the filing fee in this civil rights action or file a motion to proceed in forma pauperis (IFP) within thirty days (ECF No. 5).   The court directed the clerk of court to send Plaintiff the necessary forms for seeking leave to proceed IFP (*id*. at 2).   The court advised Plaintiff that his failure to comply with the court's order would result in a recommendation of dismissal of this case (*id.*).

Plaintiff failed to comply with the court's order; therefore, on January 12, 2021, the court issued an order directing Plaintiff to show cause, within thirty days, why the case should not be dismissed for failure to comply with an order of the court (ECF No. 6).   The court advised Plaintiff that his failure to comply with the show cause order would result in a recommendation of dismissal of this case (*id.*).   The

time for compliance with the show cause order has passed, and Plaintiff has not paid the filing fee, filed an IFP motion, or explain why he has not done so.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 23rd day of February 2021.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation. Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control. An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**